Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Robert Blom__ Case No. __21-04328__ Chapter __13__

All Cases: Moving Creditor __Asset Remediation, LLC__ Date Case Filed __4/1/21__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing __May 27, 2021__ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
   ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. ~~Collateral~~ – Property
   a. ☐ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☑ Other (describe) __Music Royalties__

2. Balance Owed as of Petition Date  $ __109,803.23__
   Total of all other Liens against Collateral $ __0__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ __16,250.00__

5. Default
   a. ☑ Pre-Petition Default
      Number of months ____   Amount $ __109,803.23__

   b. ☑ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months ____   Amount $ _____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months ____   Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid   Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☑ Other (describe) __not property of the estate__

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☑ Other "Cause" § 362(d)(1)
      i. ☑ Bad Faith (describe) __misclassification; dirverted assets__
      ii. ☐ Multiple Filings
      iii. ☑ Other (describe) __debtor assigned away all property rights__

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: _____                         _____[signature]_____
                                          Counsel for Movant

(Rev. 12/21/09)