**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT C. BLOM, | ) | Case No. 21-04328 |
| | ) | Chapter 13 |
| Debtor. | ) | Hon. Donald R. Cassling |

**NOTICE OF MOTION**

To: See attached list

PLEASE TAKE NOTICE that on July 15, 2021, at 9:30 a.m. I will appear before the Honorable Donald R. Cassling, or any judge sitting in his place, and present **Asset Remediation, LLC's Motion for Extension of time to Object to Discharge or Dischargability of Debt**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 414 7941 and the passcode is 619 The meeting ID and passcode can also be found on Judge Cassling's webpage on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Asset Remediation, LLC

By: /s/ Julia Jensen Smolka
One of its attorneys

Julia Jensen Smolka, #6272466
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
Phone: 847-698-9600
Fax: 847-698-9623
Email: jsmolka@dimontelaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of June, 2021, she duly served (or caused to be served) upon the persons on the attached service list, by ordinary First-Class Mail unless such parties were electronically notified, together with a copy of **Asset Remediation, LLC's Motion for Extension of time to Object to Discharge or Dischargability of Debt**, and this Notice.

By: /s/ Julia Jensen Smolka

**Via ECF**

Patrick S. Layng
United States Trustee, Region 11
219 S. Dearborn Street #873
Chicago, IL 60604

M.O. Marshall
55 E. Monroe Street, Suite 3850
Chicago, Illinois 60603

David M. Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, Illinois 60090

**Via First Class Mail**

Robert C. Blom
425 N. Stephen Drive, Apt. 2
Palatine, Illinois 60067

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT C. BLOM, | ) | Case No. 21-04328 |
| | ) | Chapter 13 |
| Debtor. | ) | Hon. Donald R. Cassling |

**ASSET REMEDIATION, LLC'S MOTION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE OR DISCHARGABILITY OF DEBT**

Creditor, Asset Remediation, LLC as assignee of Sound Royalty, LLC. ("Asset Remediation") by its attorney, Julia Jensen Smolka, request this Court enter an order extending the time to object to the Debtor's discharge or dischargability of the debt of Debtor Robert Blom ("Debtor"), and in support thereof, states as follows:

1. On April 1, 2021, Debtor filed a Chapter 13 Bankruptcy.

2. Creditor is a limited liability company. As part of its business, debtor purchases music royalty streams from musical artists.

3. Asset Remediation is the holder of an assignment of music royalty receivable for music that was composed by Debtor. Debtor assigned his property interest in his royalty stream of income on March 6, 2020 in exchange for a lump sum payment.

4. Prior to the Petition Date, unbeknownst to Asset Remediation, Debtor redirected the income stream from his royalties to himself, which was against the agreement and which violated Asset Remediation's property rights.

5. Debtor is then funding his chapter 13 plan with approximately $4,875.00 of funds which are the property of Asset Remediation and not property of the estate. Those monies comprise most of the Debtor's reported monthly income on schedule J.

6. Asset Remediation filed, and this court granted a Motion to Modify Stay allowing Asset Remediation to continue a pending lawsuit in the Florida Circuit Court against Debtor.

7. Currently Debtor is deciding how to go forward in their Chapter 13, and whether they will dismiss or convert, and whether they will settle their claim with Asset Remediation direct.

8. Asset Remediation is investigating and believes it may have a claim against Debtor to object to the discharge of its debt, or of Debtor's discharge. However, since the parties are discussing settlement, Asset Remediation does not wish to expend additional resources in investigating and drafting the documents.

9. The last date to file a complaint objecting to discharge or dischargability is June 28, 2021. Asset Remediation seeks an extension of the deadline of 45 days, to August 12, 2021.

10. This Court is authorized to enter this order pursuant to Bankruptcy Rule 4004(b)(1). This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

11. Notice of this Motion has been sent to Debtor, his attorney, and the Chapter 13 Trustee.

Respectfully submitted,
Asset Remediation, LLC

By: /s/ Julia Jensen Smolka
______________________________
One of its attorneys

Julia Jensen Smolka
ARDC# 6272466
DiMonte & Lizak, LLC
216 W Higgins Road
Park Ridge, Illinois 60068
(847) 698-9600
jsmolka@dimontelaw.com